**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7599**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

TERRENCE ARNEZ DANIELS, a/k/a Tee, a/k/a Heck,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, District Judge.  (5:01-cr-00736-CMC-2)

———————

Submitted:  March 29, 2012        Decided:  April 3, 2012

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terrence Arnez Daniels, Appellant Pro Se.  Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Arnez Daniels appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Daniels, No. 5:01-cr-00736-CMC-2 (D.S.C. Nov. 21, 2011). We deny Daniels' motion to seal the opinion and for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED